```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
IN RE AVON PRODUCTS, INC.
SECURITIES LITIGATION,            :
                                       REPORT & RECOMMENDATION
-------------------------------:
IN RE AVON PRODUCTS, INC.              05 Civ. 6803 (LAK)(MHD)
ERISA LITIGATION,                 :

-------------------------------:
This document relates to:
                                  :
Garber v. Jung et al.,
05 Civ. 7287 (LAK)                :
THE DERIVATIVE LITIGATION
-------------------------------x
```

TO THE HONORABLE LEWIS A. KAPLAN, U.S.D.J.:

Plaintiff Robert I. Garber commenced this shareholder derivative action on behalf of Avon Products, Inc. ("Avon") and against certain senior officers of the company. He asserts a variety of claims for breach of fiduciary duty and related misconduct that largely mirror allegations found in parallel pleadings filed in a class-action securities-fraud lawsuit on behalf of purchasers of Avon shares and in an ERISA action on behalf of participants and beneficiaries in an Avon employee stock ownership plan.

Defendants have moved to dismiss the complaint, asserting that plaintiff has failed to plead a basis for not making a pre-suit demand on the Avon Board of Directors and for failure to state a claim or plead his claims with requisite specificity. They also

1

argue that his fiduciary-breach claims are barred by the corporate charter of Avon.

By order dated February 13, 2009, the District Court granted a motion by plaintiff to dismiss the action with the proviso that shareholders be given notice of the proposed dismissal and of the opportunity to intervene in the lawsuit if they wish to do so. The order further provides that absent a written Notice of Intent to intervene being sent to counsel and the court within thirty days, the complaint will be dismissed with prejudice as to Mr. Garber.

In view of this development, there currently appears to be no basis for addressing the merits of defendants' dismissal motion. If no one intervenes, the lawsuit will end. If another shareholder does intervene, he or she may choose to file a new pleading that will potentially cure the deficiencies noted in defendants' motion. In either event, the motion will be moot.

Under these circumstances, we recommend that defendants' motion be denied without prejudice to renewal in the event that another shareholder does intervene and either files a new complaint or chooses to rely on the complaint previously filed by Mr. Garber, presumably with an amendment as to the name of the shareholder.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from this date to file written objections to this Report and Recommendation. Such objections shall be filed with the Clerk of the Court and served on all adversaries, with extra copies to be delivered to the chambers of the Honorable Lewis A. Kaplan, Room 1310, and to the chambers of the undersigned, Room 1670, 500 Pearl Street, New York, New York 10007-1312. Failure to file timely objections may constitute a waiver of those objections both in the District Court and on later appeal to the United States Court of Appeals. See Thomas v. Arn, 474 U.S. 140, 150 (1985), reh'g denied, 474 U.S. 1111 (1986); DeLeon v. Strack, 234 F.3d 84, 86 (2d Cir. 2000) (citing Small v. Sec'y of Health and Human Serv., 892 F.2d 15, 16 (2d Cir. 1989)); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(d).

Dated: New York, New York
       March 3, 2009

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Report and Recommendation have been mailed today to:

Brian T. Ortelere, Esq.
Jeremy P. Blumenfeld, Esq.
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, Pennsylvania 19103-2921

Stephen J. Fearon, Jr., Esq.
Squitieri & Fearon, LLP
32 East 57th Street
New York, New York 10022

Thomas J. McKenna, Esq.
Gainey & McKenna
295 Madison Avenue
4th Floor
New York, New York 10017

Kenneth Vianale, Esq.
Vianale & Vianale LLP
2499 Glades Road
Suite 112
Boca Raton, Florida 33431

Joel P. Laitman, Esq.
Christopher Lometti, Esq.
Kurt Hunciker, Esq.
Frank R. Schirripa, Esq.
Daniel B. Rehns, Esq.
Schoengold Sporn Laitman & Lometti, P.C.
19 Fulton Street
Suite 406
New York, New York 10038

Peter C. Hein, Esq.
Kenneth K. Lee, Esq.
Boris Bershteyn, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019-6150

Geoffrey H. Matranga, Esq.
Robins Umeda, LLP
610 West Ash Street
Suite 1800
San Diego, California 92101

Alfred G. Yates, Jr., Esq.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219

Marvin Frank, Esq.
Gregory B. Linkh, Esq.
Murray, Frank & Sailer, LLP
275 Madison Avenue
New York, New York 10016